UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER YICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No. 21-cv-00376-VC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONSOLIDATE AND APPOINT**<br><br>Re: Dkt. No. 34 |
| CARLOS RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No. 21-cv-00494 |
| J. MICHAEL WILLRICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No. 21-cv-00547 |
| LINDSAY MCCLURE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No. 21-cv-00572 |

Case 3:21-cv-00376-VC   Document 60   Filed 03/29/21   Page 2 of 3

| | |
|---|---|
| ROLAND OOSTHUIZEN and ROSEMARY MATHEWS,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br>        Defendant. | Case No. 21-cv-00615 |
| ROBERT L. WILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br>        Defendant. | Case No. 21-cv-00699 |
| CHRISTOPHER MOSSON,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br>        Defendant. | Case No. 21-cv-00743 |
| CLARA CAJAS,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br>        Defendant. | Case No. 21-cv-00869 |
| STEPHANIE SMITH and ALAN KARAM,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br>        Defendant. | Case No. 21-cv-01466 |

2

The motion to consolidate *Yick v. Bank of America* (Case No. 21-cv-00376), *Rodriguez v. Bank of America* (Case No. 21-cv-00494), *Willrich v. Bank of America* (Case No. 21-cv-00547), *McClure v. Bank of America* (Case No. 21-cv-00572), *Oosthuizen & Matthews v. Bank of America* (Case No. 21-cv-00615), *Wilson v. Bank of America* (21-cv-00699), *Mosson v. Bank of America* (21-cv-00743), *Cajas v. Bank of America* (21-cv-00869), and *Smith v. Bank of America* (21-cv-01466) is granted. All of the cases will be consolidated into the first-filed case, *Yick v. Bank of America*. The plaintiffs are directed to file the consolidated complaint in *Yick*. The other cases will be terminated.

The request to appoint Cotchett, Pitre & McCarthy LLP and Altshuler Berzon LLP as interim co-lead counsel is also granted. The request to appoint an Executive Committee, however, is denied as unnecessary.

**IT IS SO ORDERED.**

Dated: March 29, 2021

VINCE CHHABRIA
United States District Judge