UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER YICK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No. 21-cv-00376-VC<br><br>**ORDER RE HEARING ON THE MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 64 |

　　　It appears that the plaintiffs' evidence, taken on its own, supports their claim that Bank of America is systematically violating the EFTA, due process, and its contracts with cardholders. Therefore, the hearing will focus on whether Bank of America's evidence adequately rebuts the plaintiffs' evidence. In addition, if the Court concludes that injunctive relief is warranted, the parties should be prepared to discuss whether it would be helpful to meet with a Magistrate Judge to hammer out an injunction that is more modest and practical than the one proposed by the plaintiffs.

　　　**IT IS SO ORDERED.**

Dated: May 13, 2021

_____
VINCE CHHABRIA
United States District Judge