| | |
|---|---|
| JOSEPH W. COTCHETT (SBN 36324) | MICHAEL RUBIN (SBN 080618) |
| jcotchett@cpmlegal.com | mrubin@altber.com |
| BRIAN DANITZ (SBN 247403) | STACEY M. LEYTON (SBN 203827) |
| bdanitz@cpmlegal.com | sleyton@altber.com |
| KARIN B. SWOPE (PRO HAC VICE) | MATTHEW MURRAY (SBN 271461) |
| kswope@cpmlegal.com | mmurray@altber.com |
| ANDREW F. KIRTLEY (SBN 328023) | CONNIE K. CHAN (SBN 284230) |
| akirtley@cpmlegal.com | cchan@altber.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | **ALTSHULER BERZON LLP** |
| 840 Malcolm Road, Suite 200 | 177 Post Street, Suite 300 |
| Burlingame, CA  94010 | San Francisco, CA  94108 |
| Telephone:  (650) 697-6000 | Telephone:  (415) 421-7151 |
| Fax:  (650) 697-0577 | Facsimile:  (415) 362-8064 |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER YICK, et al.** | Case No. 3:21-cv-00376-VC |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR MOTION TO DISMISS** |
| **BANK OF AMERICA, N.A.**, | |
| Defendants. | Judge:       Hon. Vince Chhabria |
| | Courtroom:   4 – 17th Floor |

Plaintiffs and Defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties") in the above-captioned action, by and through their respective attorneys of record, jointly state as follows:

WHEREAS, on April 1, 2021, Plaintiffs filed their Consolidated Class Action Complaint;

WHEREAS, on May 6, 2021, Defendant filed its Motion to Dismiss set for hearing on June 10, 2021;

WHEREAS, pursuant to the Stipulation and Order Regarding Briefing Deadlines and Extension of Page Limits (Dkt. No. 61), Plaintiffs' Opposition to the Motion to Dismiss is due on May 20, 2021 and Defendant's Reply is due on May 27, 2021;

WHEREAS, on May 13, 2021, the Court held a hearing on Plaintiffs' Motion for Preliminary Injunction during which the Court suggested that the Parties meet and confer regarding injunctive relief during the week of May 17, 2021;

WHEREAS, the Parties have met and conferred, and reached an agreement to amend the briefing schedules for the Motion to Dismiss to accommodate the Parties' discussions regarding injunctive relief;

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by the Parties, by and through their undersigned counsel and subject to the approval of the Court, as follows:

1. Plaintiffs' Opposition to the Motion to Dismiss, currently due on May 20, 2021, shall be due on May 27, 2021;
2. Defendant's Reply, currently due on May 27, 2021, shall be due on June 10, 2021;
3. The hearing on the Motion to Dismiss, currently on calendar for June 10, 2021, shall be reset to June 24, 2021.

Dated: May 17, 2021

**COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ Brian Danitz
 BRIAN DANITZ

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Stipulation and [Proposed] Order Regarding Briefing Deadlines
Case No. 3:21-cv-00376-VC

1

| | |
|---|---|
| Dated:  May 17, 2021 | **ALTSHULER BERZON LLP** |
| | By: /s/ Michael Rubin |
| | MICHAEL RUBIN |
| | *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class* |
| Dated: May 17, 2021 | **GOODWIN PROCTER LLP** |
| | By: /s/ Yvonne W. Chan |
| | YVONNE W. CHAN |
| | *Counsel for Defendant Bank of America, N.A.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF E-FILED SIGNATURE**

I, Brian Danitz, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Deadlines.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

                                     */s/ Brian Danitz*
                                     BRIAN DANITZ