UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER YICK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendant. | Case No. 21-cv-00376-VC<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE AND DISCOVERY** |

      The hearing on the motion to dismiss is continued to August 12, 2021 at 2:00 p.m. The parties may stipulate to a new briefing schedule which ensures that the reply is filed at least two weeks before the hearing. Discovery may proceed in the case immediately. The case management conference currently scheduled for May 26 is continued to August 25 at 2:00 p.m. If the parties wish to hold a case management conference prior to the hearing on the motion to dismiss, they should feel free to schedule one with the Court.

      **IT IS SO ORDERED.**

Dated: May 18, 2021

_____
VINCE CHHABRIA
United States District Judge